COHEN & KROL
105 West Madison Street
Suite 1100
Chicago IL 60602


Invoice submitted to:
JEANNEEN S. TERRY
Chapter 7
04 B 40482
Gina B. Krol, Trustee


May 31, 2007

Invoice #11773

    Professional services

|  | Hours | Amount |
|---|---:|---:|
| **AUTOMATIC STAY** | | |
| 11/12/04 GBK AUTOMATIC STAY<br>Review Motion of Home Eq Servicing to Modify Stay. Trustee believes equity exits for benefit of creditors. | 0.50 | 157.50 |
| 11/19/04 GBK AUTOMATIC STAY<br>Court appearance for hearing on Motion of Home Eq Servicing to Modify Stay. Cont'd to 1/7 to give Tstee chance to sell r/e. | 0.65 | 204.75 |
| 1/7/05 GBK AUTOMATIC STAY<br>Court appearance for cont'd hearing on Motion of Home Eq Servicing to Modify Stay. Cont'd to 3/11 to give Tstee more time to sell r/e. | 0.70 | 231.00 |

```
JEANNEEN S. TERRY                                              Page    2

                                                    Hours          Amount

 3/11/05 GBK AUTOMATIC STAY                          0.45          148.50
         Court appearance for final
         hearing on motion of Home Eq
         Servicing to Modify Stay.
         Withdrawn due to payoff


         SUBTOTAL:                                [  2.30          741.75]

         OBJECTION CLAIM

 4/27/07 GBK OBJECTION CLAIM                         0.65          243.75
         Prepare Trustee's Objection to
         Claim of Home Eq Servicing

 5/25/07 GBK OBJECTION CLAIM                         0.80          300.00
         Court appearance for hearing
         on Trustee's Objection to
         Claim of Home Eq Servicing.
         Prepare order.


         SUBTOTAL:                                [  1.45          543.75]

         PROF EMPLOYMENT

12/13/04 GBK PROF EMPLOYMENT                         0.50          157.50
         Prepare trustee's motion to
         employ real estate broker.
         Prepare required affidavits.

12/17/04 GBK PROF EMPLOYMENT                         0.45          141.75
         Court appearance for hearing
         on Trustee's Motion to Employ
         Broker. Prepare proposed order.

 4/24/07 GBK PROF EMPLOYMENT                         0.50          187.50
         Prepare Trustee's Motion to
         Employ Cohen & Krol, prepare
         affidavit
```

```
JEANNEEN S. TERRY                                              Page    3

                                                    Hours       Amount

 4/27/07 GBK PROF EMPLOYMENT                         0.50       187.50
             Court appearance for hearing
             on Trustee's Motion to Employ
             Cohen & Krol, prepare proposed
             order

                                                   _____    _____
             SUBTOTAL:                           [   1.95       674.25]

             SALE OF ASSETS
             _____

 1/13/05 GBK SALE OF ASSETS                          0.75       247.50
             Review r/e sales contract from
             Darota Zastrow for purchase of
             152 E. Schubert in Glendale
             Heights. Make trustee's
             changes and fax back to atty
             for buyer.

 1/17/05 GBK SALE OF ASSETS                          0.45       148.50
             Review marked up r/e sales
             contract from Darota Zastrow
             for purchase of 152 E.
             Schubert in Glendale Heights.
             Fax back to broker

 1/20/05 GBK SALE OF ASSETS                          0.65       214.50
             Prepare trustee's motion to
             sell r/e and pay usual and
             customary costs of sale.

         GBK SALE OF ASSETS                          0.50       165.00
             Prepare one page notice to
             creditors of motion to sell
             r/e and pay usual and
             customary costs of sale.
             Prepare proof of service.
```

```
JEANNEEN S. TERRY                                              Page    4

                                                    Hours       Amount

 1/25/05  GBK  SALE OF ASSETS                        0.65       214.50
               Order title report, payoff
               letters and survey

 1/27/05  GBK  SALE OF ASSETS                        1.00       330.00
               Review title report, payoff
               letters and survey. Call
               Village of Glendale Heights to
               determine whether they need
               water bill paid, village
               stamps or inspection to close

  2/2/05  GBK  SALE OF ASSETS                        1.00       330.00
               Prepare closing documents
               including deed, bill of sale,
               affidavit of title, closing
               statement and transfer
               documents. Fax to title company

  2/4/05  GBK  SALE OF ASSETS                        0.75       247.50
               Court appearance for hearing
               on Trustee's motion to sell
               r/e and pay usual and
               customary costs of sale.
               Prepare proposed order

          GBK  SALE OF ASSETS                        2.15       709.50
               Attend closing
                                                   _____    _____

          SUBTOTAL:                              [    7.90     2,607.00]
                                                   _____    _____

          For professional services rendered        13.60    $4,566.75
```

JEANNEEN S. TERRY                                                              Page    5

    Additional charges:

|  |  | Qty | Amount |
|---|---|---:|---:|
| | **PHOTOCOPIES** | | |
| 12/13/04 | PHOTOCOPIES<br>28 Copies of Trustee's Motion to Employ R/E broker | 28 | 2.80 |
| 1/20/05 | PHOTOCOPIES<br>188 Copies of Trustee's Motion to Sell R/E and to Pay Usual & Customary Costs of Sale | 188 | 18.80 |
| 4/24/07 | PHOTOCOPIES<br>84 copies of Trustee's Objection to Claim of Home Eq Servicing | 84 | 8.40 |
| 4/25/07 | PHOTOCOPIES<br>28 Copies of Trustee's Motion to Employ atty for Trustee | 28 | 2.80 |
| | SUBTOTAL: | | [    32.80] |
| | **POSTAGE** | | |
| 1/20/05 | POSTAGE<br>Mailing Notice of Trustee's Motion to Sell R/E and to Pay Usual & Customary Costs of Sale to all creditors. | 67 | 24.79 |
| 4/24/07 | POSTAGE<br>Mailing Trustee's Objection to Claim of Home Eq Servicing | 6 | 5.22 |
| | SUBTOTAL: | | [    30.01] |

JEANNEEN S. TERRY                                                   Page    6

|                            | Amount     |
|----------------------------|-----------:|
| Total costs                | $62.81     |
| Total amount of this bill  | $4,629.56  |
| Balance due                | $4,629.56  |