UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| TERRY, JEANNEEN S ) | | Case No. 04-40482-SQU |
| ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   **DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL  60187**

    On**:**   **SEPTEMBER 21, 2007**   Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                                                     $195,305.19

    Disbursements                                                                                                          $176,623.86

    Net Cash Available for Distribution                                                                      $18,681.33

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $12,640.26 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $4,566.75 | $62.81 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $12,689.63 have been allowed and will be paid *pro rata*  only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 11.1200% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Cottonwood Financial | $2,020.00 | $224.69 |
| 000003 | Mbna America Bank Na | $9,708.49 | $1,079.91 |
| 000004 | Brian Lose | $814.84 | $90.64 |
| 000005 | Midwest Verizon Wireless | $146.30 | $16.27 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $100.00 |
| Bank Account | 50.00 |
| Household Goods | 550.00 |
| Books and Pictures | 50.00 |
| Wearing Apparel | 550.00 |
| Misc. Jewelry | 300.00 |
| Retirement Benefits | 10,000.00 |
| Automobile | 500.00 |
| Dog | 50.00 |
| TV, VCR, Typewriter | 500.00 |

Dated**: AUGUST 16, 2007**          For the Court,

                                  By:  **KENNETH S. GARDNER**
                                       CLERK OF BANKRUPTCY COURT
                                       KENNETH S. GARDNER

Trustee:       Gina B. Krol
Address:       105 West Madison Street
               Suite 1100
               Chicago, IL  60602-0000
Phone No.:     (312) 368-0300

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                Page 1 of 2                 Date Rcvd: Aug 16, 2007
Case: 04-40482                 Form ID: pdf002            Total Served: 61

The following entities were served by first class mail on Aug 18, 2007.
db           +Jeanneen S Terry,    152 E Schubert,    Glendale Heights, IL 60139-2077
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty          +Cohen & Krol,    105 W. Madison Street,    Suite 105,    Chicago, IL 60602-4602
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    SmithAmundsen,    150 N. Michigan Avenue,    Suite 3300,    Chicago, IL 60601-6004
aty          +Robert V Schaller,    Law Office of Robert Schaller,    907 N Elm Street   Suite 100,
               Hinsdale, IL 60521-3644
aty          +Yanick Polycarpe,    Pierce and Associates, P.C.,    1 North Dearborn    Suite 1300,
               Chicago, IL 60602-4331
tr           +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
cr           +HomEq Servicing Corporation,    1270 Northland Drive, Suite 200,    Mendota Heights, MN 55120-1176
8641389      +American General Finan,    600 N Royal Ave,    Evansville, IN 47715-2612
8641392      +American Investment Ba,    Po Box 510083,    Salt Lake City, UT 84151-0083
8641393      +American Investment Bank,    7602 Woodland Driv,    Indianapolis, IN 46278-2714
8641394      +American Investment Bank,    c/o Bowman, Heintz, Boscia & Vic,    8605 Broadway,
               Merrillville, IN 46410-7033
8641395      +American Investment Bank, NA,    200 East South Temple,    Salt Lake City, UT 84111-1348
8641396      +Armor Systems Co,    2322 N Greenbay Rd,    Waukegan, IL 60087-4209
8641397      +BFI Waste Services of Elgin,    1330 Gsket Drive,    Elgin, IL 60120-7543
8641398      +Brian Lose,    2013 Stanley CT,    Schaumburg, IL 60194-2241
8641399      +Capital One Bank,    Po Box 85520,    Richmond, VA 23285-5520
8641400      +Citgo/Citi,    Po Box 15687,    Wilmington, DE 19850-5687
8641401      +Citimortgage,    15851 Clayton Rd,    Ballwin, MO 63011-2211
8991476      +Cottonwood Financial,    1901 Gateway Drive Ste 200,    Irving, TX 75038-2425
8641404      +Dupage County Tax Collector,    421 N. County Farm Road,    Wheaton, IL 60187-3992
8641405      +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
8641407      +GLen Oaks Hospital,    c/o Merchants Credit Guide Co.,    223 W. Jackson Blvd.,
               Chicago, IL 60606-6908
8641406      +Ginnys,    1112 7th Ave,    Monroe, WI 53566-1364
8641408      +Global Payments Check,    7050 Union Park Ctr,    Midvale, UT 84047-4169
8641409      +Hfc Nevada,    841 Seahawk Cir,    Virginia Beach, VA 23452-7809
8641413      +HomEq Servicing Corporation,    1270 Northland Drive, #200,    Mendota Heights, MN 55120-1176
8641411       Homeq Servicing Corp,    P. O. Box 997126,    Sacramento, CA 95899
8641412      +Homeq Servicing Corp.,    c/o Pierce & Associates,    18 S. Michigan Avenue, 12th Floor,
               Chicago, IL 60603-3200
8641414      +Itt Financial Services,    1682 Robert St S,    West Saint Paul, MN 55118-3918
9077865      +MBNA America Bank NA,    POB 15168 MS 1423,    Wilmington, DE 19850-5168
8641415      +Marathon Petroleum Co,    539 S Main St,    Findlay, OH 45840-3229
8641416      +Mbga/Jc Penney,    Po Box 981131,    El Paso, TX 79998-1131
8641417      +Mbna America Bank Na,    Pob 17054,    Wilmington, DE 19884-0001
8641418      +Merchants Credit Guide,    223 W Jackson St,    Chicago, IL 60606-6993
8641419      +Mercury Finance Compan,    1559 Atlantic Blvd Unit,    Neptune Beach, FL 32266-1717
8641421      +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
8641420      +Midnight Velvet,    c/o Merchants Credit Guide Co.,    223 W. Jackson Blvd.,
               Chicago, IL 60606-6908
9326274      +Midwest Verizon Wireless,    AFNI/Verizon Wireless,    404 Brock Drive,
               Bloomington, IL 61701-2654
8641423      +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
8641424      +Northwest Collectors,    3601 Algonquin Rd,    Rolling Meadow, IL 60008-3143
8641425      +Providian Financial,    Po Box 9180,    Pleasanton, CA 94566-9180
8641426      +Rco,    7171 Mercy Rd,    Omaha, NE 68106-2620
8641427      +Seventh Avenue,    c/o Merchants Credit Guide Co.,    223 W. Jackson Blvd.,
               Chicago, IL 60606-6908
8641428      +Shell/Citibank Sd Na,    P O Box 15687,    Wilmington, DE 19850-5687
8641429      +Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
8641430      +The Bureaus,    1721 Central St,    Evanston, IL 60201-1507
8641431      +The Cash Store,    266 E. Roosevelt Road,    Lombard, IL 60148-4647
8641432      +United Compucred Coll,    4190 Harrison Av,    Cincinnati, OH 45211-4599
8641434       Village of Glendale Heights,    Water Billing Department,    3000 Civic Center Plaza,
               Glendale Heights, IL 60139
8641410     ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court:   HomeEq Servicing Corporation,     Attn: Aim Cash,
               4837 Watt Ave, Ste 100, Mail Code M05334,    North Highland, CA 95660)
8641435       West & Sons Towing,    address to be provided by debtor,    Fullerton,    Lombard, IL 60148
8641436      +Wideopenwest,    PO BOX 182360,    Columbus, OH 43218-2360
8641437      +ZC Sterling Insurance Agency,    PO BOX 1599,    Lake Forest, CA 92609-9599

The following entities were served by electronic transmission on Aug 17, 2007.
8641390      +Fax: 630-653-8332 Aug 17 2007 04:41:50      American General Finan,    381 N Gary Ave,
               Carol Stream, IL 60188-1821
8641391      +Fax: 630-653-8332 Aug 17 2007 04:41:50      American General Finance,    373 N. Gary Ave.,
               Carol Stream, IL 60188-1821
8641402      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComED,
               Bill Payment Center,    Chicago, IL 60668-0001
8641403       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2007 03:45:09      Discover Financial Svc,
               Po Box 15316,    Wilmington, DE 19850
8641422      +E-mail/Text: bankrup@nicor.com                            Nicor,    PO BOX 2020,
               Aurora, IL 60507-2020
8641433      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 17 2007 10:15:21      Verizon Wireless/Great,
               1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
                                                                                              TOTAL: 6
```

```
District/off: 0752-1           User: sward              Page 2 of 2              Date Rcvd: Aug 16, 2007
Case: 04-40482                 Form ID: pdf002          Total Served: 61

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
br           Paul J Trinko,   Coldwell Banker
r            Paul J Trinko
aty*        +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
                                                                                         TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2007**                    **Signature:**    _Joseph Speetjens_